**Opinion issued August 20, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

### NO. 01-20-00247-CV

————————————

**COMPRESSION/GENERATION SERVICES LLC, Appellant**

**V.**

**FLOW CAPITAL CORPORATION, Appellee**

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-05042-A**

---

### MEMORANDUM OPINION

Appellant has filed an agreed motion to dismiss the appeal. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Lloyd and Countiss.